**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-00345-NRN

Meggs, et al.

                Plaintiffs,

   vs.

Denver West Hotel LeaseCo, L.L.C.,

                Defendant.

_____/

**NOTICE OF SETTLEMENT AND UNOPPOSED MOTION FOR EXTENSION OF TIME**

The Plaintiffs, with consent of the Defendant, hereby inform this Court that the parties have agreed, in principle, to settle the above-captioned matter. The parties expect to execute a settlement agreement in short order and file a dismissal within the next sixty days.

Accordingly, Plaintiffs move for an extension of time to and until June 3, 2023, for the Defendant to answer or otherwise respond to the Plaintiffs' Complaint. This requested extension is reasonable, is not made for purposes of delay, will not prejudice the parties, and will conserve the Court's resources. Defendants previously sought one unopposed extension of time that the Court granted; Plaintiffs have not previously sought any extensions of time. Pursuant to D.C.Colo.LCivR 7.1(a), Plaintiffs certify that the Defendant has been consulted regarding the requested extension and does not oppose it.

WHEREFORE, Plaintiffs respectfully request that the Court grant this unopposed motion for extension of time to and until June 3, 2023, for the Defendant to answer or otherwise respond to the Plaintiffs' Complaint.

Respectfully submitted this 3rd day of April 2023,

*s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer Street, Suite 7
Vineland, NJ 08360
Direct (609) 319-5399
Office (609) 691-8565
Fax (609) 262-4651
js@shadingerlaw.com
*Attorney for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of April 2023, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.