# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00345-SP

Meggs et al.,

       Plaintiffs,

  vs.

Denver West Hotel LeaseCo, L.L.C.

       Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs, by and through their undersigned counsel, and pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby notifies this Court that the above-captioned action shall be dismissed with prejudice.

Respectfully submitted  this 3rd day of May 2023,

*/s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer St., Suite 7
Vineland, NJ 08360
Direct (609) 319-5399
Office (609) 691-8565
Fax (609) 262-4651
js@shadingerlaw.com
*Attorney for Plaintiffs,*
*John Meggs & Access 4 All, Inc.*